**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

PAMELA HARRIS, *individually and on behalf of a class of similarly situated individuals*,

Plaintiff,

v.

EMORY HEALTHCARE, INC., a Georgia corporation,

Defendant.

CIVIL ACTION NO. 1:26-cv-03602-VMC

**[PROPOSED] ORDER**

Upon review of Defendant Emory Healthcare, Inc.'s Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Collective and Class Action Complaint, Defendant's Consent Motion is **GRANTED,** and the Court hereby extends the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint through and including Monday, October 12, 2026.

**SO ORDERED**, this ___ day of _________, 2026.

________________________________
VICTORIA M. CALVERT
United States District Judge